## WILLIAM CLARK

### *v.*

### THE PEOPLE OF THE STATE OF ILLINOIS.

WRIT OF ERROR to the Recorder's Court of the City of Chicago.

Mr. JUSTICE WALKER: The facts in this do not differ materially from the preceding case, and do not require a separate opinion, as all of the questions involved in this case, are discussed and determined in that.

The judgment of the court below is affirmed.

*Judgment affirmed.*